LAW OFFICE OF

# MICHAEL K. BACHRACH

276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001
---------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *      http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.      michael@mbachlaw.com

April 13, 2017

**By ECF**
**Hard copy to follow by mail**

The Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

       *Re: United States v. Daryl Whitley,*
       *15 Cr. 537 (VEC)*

## DEFENDANT'S SUPPLEMENTAL SENTENCING SUBMISSION

Dear Judge Caproni:

     Attached please find a letter to this Court from Defendant Daryl Whitley, which he has asked that we submit on his behalf in support of his sentencing proceedings.

     As always, we thank Your Honor for her consideration in this matter.

                                                 Respectfully submitted,

                                                 Michael K. Bachrach
                                                 Karloff C. Commissiong
                                                 *Attorneys for the Defendant*
                                                 *Daryl Whitley*

Attachment
cc:     All parties of record (by ECF)